FILED

03/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0533

## IN THE SUPREME CORT OF THE STATE OF MONTANA
### SUPREME COURT CAUSE NO. DA 19-0533

NATIONAL INDEMNITY COMPANY,

        Plaintiff and Appellant,

vs.

STATE OF MONTANA,

        Defendant and Appellee,

and

TERRY JELLESED, et al.,

        Intervenors.

## ORDER GRANTING APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

On Appeal from the Montana First Judicial District Court,
Lewis and Clark County, Cause No. XDDV 2020-140 the Honorable Holly Brown Presiding

Upon consideration of Appellee State of Montana's Unopposed Motion for Extension of Time of 30 Days to File Answer and Cross-Appeal Brief, for good cause, and there being no opposition, Appellee State of Montana is GRANTED an extension of time of 30 days to file and serve its Answer and Cross-Appeal Brief on or before May 1, 2020.

DATED this ___24th___ day of March, 2020.

Bowen Greenwood, Clerk